UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

UNITED STATES OF AMERICA

    - against -

FRANK J. RIOS,

        Defendant.

---------------------------------------X

**REMAND ORDER**

21 Cr. 610 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the defendant, Frank J. Rios, pled guilty on September 8, 2022 and agreed to be remanded to the custody of the United Stated Marshal upon acceptance of his guilty plea; it is hereby

    **ORDERED** that bail is revoked and the defendant is remanded to the custody of the United States Marshal Service.

DATED:    New York, New York

           September 8, 2022

                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE